CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTIAAN HIGHSMITH (CABN 296282)
ASEEM PADUKONE (CABN 298812)
KELSEY DAVIDSON (CABN (322323)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7159
Fax: (415) 436-7027
christiaan.highsmith@usdoj.gov
aseem.padukone@usdoj.gov
kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) XIN MIAN PAN, a/k/a "HENRY PAN,"<br>(2) HUA LIANG XIE, a/k/a "NOLAN XIE,"<br>(4) UNI-TILE & MARBLE INC.,<br>(5) UNI-STONE & CABINET, INC.,<br><br>Defendants. | Case No. 3:25-CR-00428-CRB<br><br>STIPULATION FOR RULE 15 DEPOSITION AND ~~[PROPOSED]~~ ORDER |

Under Federal Rule of Criminal Procedure 15(h), a court may consent to parties taking a deposition in a criminal action should the parties agree. The government and defendants Xin Mian Pan, Hua Liang Xie, Uni-Tile & Marble Inc., and Uni-Stone & Cabinet Inc., by and through counsel, hereby agree that the government may take a deposition of George Tuttle II due to his advanced age. The parties may use Mr. Tuttle's deposition testimony at a trial involving the undersigned defendants, notwithstanding other objections the parties may raise regarding the testimony, should he be unavailable to testify at trial. The parties agree that the deposition will be videotaped and transcribed, and that it will take place on September 15, 2026 at 10:00 a.m. at 3950 Civic Center Dr Ste 102, San Rafael, CA 94903.

**IT IS SO STIPULATED.**

CRAIG H. MISSAKIAN
United States Attorney

Dated: August 25, 2026

/s/
CHRISTIAAN HIGHSMITH
ASEEM PADUKONE
KELSEY DAVIDSON
Assistant United States Attorneys

/s/
GARTH HIRE
DANIEL DONAHOE WALL
MAX BILSBOROUGH
Counsel for Defendants XIN MIAN PAN, UNI-TILE & MARBLE INC, AND UNI-STONE & CABINET, INC.

/s/
NAOMI CHUNG
TAMARA CREPET
Counsel for Defendant HUA LIANG XIE

**~~[PROPOSED]~~ ORDER**

Pursuant to Federal Rule of Criminal Procedure 15(h) and the parties' stipulation, the Court consents to the parties taking the deposition of George Tuttle II. The deposition shall be videotaped and transcribed, and it shall take place on September 15, 2026 at 10:00 a.m. at 3950 Civic Center Dr Ste 102, San Rafael, CA 94903 or at any other date and time agreed to by the parties.

IT IS SO ORDERED.

Dated: August 27, 2026

CHARLES R. BREYER
United States District Judge